UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| FLAMAGAS, S.A., | \* | CIV 22-4035 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| SHENZHEN YOCAN TECHNOLOGY, LTD.; and DAKOTA IMPORT, LLC, d/b/a Yocan USA, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation of Dismissal, Doc. 36, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter as between Plaintiff Flamagas, S.A., and Defendant Dakota Import, LLC, d/b/a Yocan, USA, will be dismissed on the merits and with prejudice as between them only, each party to pay their own costs and attorney fees.

IT IS FURTHER ORDERED that the above-captioned matter is dismissed without prejudice with regard to Defendant Shenzhen Yocan Technology, Ltd., as that Defendant has not been served and has not answered or appeared in the above-captioned matter.

Dated this 25th day of September, 2023.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW THELEN, CLERK